UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACK TUSK HELICOPTERS INC.,

                        Plaintiff,

            -v.-

KAMAN AEROSPACE CORPORATION,

                        Defendant.

24 Civ. 4259 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On March 4, 2026, Defendant's partial motion to dismiss, ECF No. 13, was granted.  *See*

ECF No. 25.  By **March 20, 2026**, the parties shall file a letter or letters proposing next steps.

SO ORDERED.

Dated:  March 17, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge