**VICTOR RANE**

Los Angeles
San Francisco
Washington D.C.
New York City
Philadelphia
Pittsburgh
New Jersey

**Patrick Murray**
**O +646.585.4320**
**D +646.585.4322**
**F +646.585.4324**
**Pmurray@victorrane.com**

June 8, 2026

Application GRANTED.  The parties shall file their proposed protective order and ESI order by **June 12, 2026**.

The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.

Dated: June 8, 2026

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

>      **Re:    Black Tusk Helicopters, Inc. v. Kaman Aerospace Corporation, No. 1:24-cv-04259- JHR**

Dear Judge Rearden:

We represent Plaintiff Black Tusk Helicopters, Inc. ("Black Tusk") in this matter. Pursuant to this Court's Individual Rule 2(E) and Local Civil Rule 7.1(d), the parties respectfully request an extension of time until June 12, 2026 to file their proposed protective order and ESI order. In support of this request, Black Tusk states as follows:

(1) the original response deadline is June 8, 2026;

(2)-(3) there have been no previous requests for an extension of this deadline;

(4) The parties are reviewing respective drafts of the proposed Orders and need more time to complete the review;

(5) Defendant consents to the relief sought herein; and

(6) The requested extension of time will not alter or affect any other discovery deadlines

>      Respectfully,

>      *Patrick C. Murray*

>      Patrick C. Murray
>      For VICTOR RANE

BSA/PCM